ANDRÉ BIROTTE JR.
United States Attorney
DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office
DOUGLAS F. McCORMICK (180415)
Assistant United States Attorney
    Ronald Reagan Federal Building & U.S. Courthouse
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3541
    Facsimile: (714) 338-3523
    email: doug.mccormick@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. SA CR 05-00303-DOC |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** |
| v. | |
| ERIC ANDERSON, | |
| Defendant. | |

The Court has read and considered defendant's motion for early termination of supervised release, as well as the government's statement of non-opposition.

For good cause shown, IT IS HEREBY ORDERED THAT:

Defendant's motion for early termination of supervised release is GRANTED. Defendant's supervised release is accordingly TERMINATED, effective immediately.

DATED: February 13, 2013

*/s/ David O. Carter*
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

cc: USPO